■ RAMON RIVERA, Respondent, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY et al., Appellants. [892 NYS2d 789]

The appeal by the defendant Global Ground North America, LLC, must be dismissed, as that defendant is not aggrieved by the order appealed from (*see* CPLR 5511). The appeal by the defendant Port Authority of New York and New Jersey must be dismissed as academic in light of our determination on a related appeal (*see Rivera v Port Auth. of N.Y. and N.J.*, 69 AD3d 917 [2010] [decided herewith]). Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.